IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 12-58757 |
| LARRY D. FERST, | : | Chapter 13 |
| Debtor. | : | JUDGE PRESTON |

### DEBTOR'S MOTION TO AVOID JUDGMENT LIENS SECURED BY REAL ESTATE

Comes now Debtor pursuant to *Bankruptcy Rule 4003(b), and 11 U.S.C. 506(a)* and *(d)* in conjunction with *11 U.S.C. 1325,* and *11 U.S.C. 1327,* and hereby MOVES this Honorable Court for an order avoiding the non-consensual statutory judgment liens of the **STATE OF OHIO-DEPARTMENT OF TAXATION** ("ODOT").

The Debtor requests the Court to issue an order avoiding these liens as they are wholly unsecured based upon the lack of equity in the Debtor's residence. The factual and legal grounds supporting issuance of the order requested are more fully set forth in the accompanying Memorandum In Support, and the Exhibits attached hereto, which are herein incorporated by reference.

Respectfully submitted,

*/s/ Christopher J. Spiroff*
Christopher J. Spiroff  (0042247)
1180 South High Street
Columbus, Ohio 43206
614.224.2104
Fax:  614.224.2066
admin@spirofflaw.com
Case Attorney for Debtor

MEMORANDUM IN SUPPORT

I. FACTS RELEVANT TO MOTION TO AVOID JUDGMENT LIEN

The Debtor is a joint tenant with the right of survivorship of the residence located at 5409 Riverport Drive, Columbus, OH 43221 "Exhibit A". As of the order of relief, Debtor's real estate had a fair market value of $205,300.00. "Exhibit B". Thus, the value of Debtor's one-half interest was $102,650.00.

The Debtor's residence is subject to an *ad valorem* tax lien in favor of the Franklin County, Ohio Treasurer in the amount of $3,754.52. "Exhibit C". (Claim #2).

The Debtor's residence is subject to a consensual, first and best mortgage in favor of Household Realty Corporation in the amount of $233,955.13. "Exhibit D". (Claim #5).

Finally, the Debtor's residence is subject to four (4) non-consensual, statutory tax liens in favor of ODOT. In aggregate, the face amount of these liens total $15,775.48, and are detailed in attached "Exhibit E", and the appendices thereto. Debtor seeks an order avoiding and releasing these judgment liens as they are wholly unsecured by any equity in the Debtor's residence. [1]

The mathematical calculation relevant to proving the wholly unsecured status of these liens is as follows:

| | |
|---|---|
| Franklin County Treasurer Taxes: | ($3,754.52) |
| 1st Mortgage to Household Realty Corporation: | ($233,955.13) |
| Subtotal: | ($237,709.65) |
| Debtor's ½ Interest in Realty: | $102,650.00 |
| ATTACHABLE EQUITY: | ($135,059.65). |

---

[1] While ODOT filed a proof of claim (Claim #8), it is unclear whether all pre-petition liability was included therein. Notwithstanding this fact, the subject liens need to be avoided to clear title to the Debtor's residence.

II.    LEGAL AUTHORITY SUPPORTING AVOIDANCE OF JUDGMENT LIENS

The Debtor in this case is seeking to avoid four (4) non-consensual, statutory tax liens purportedly secured by the Debtor's primary residence. The Debtor asserts that these liens are not secured by any equity in the property, and are subject to avoidance on this basis. *11 U.S.C. 506(a)* and *(d)*, in conjunction with *11 U.S.C. 1325,* and *11 U.S.C. 1327*.

III.    RELIEF REQUESTED

Based upon the foregoing, it is requested that the judgment liens of ODOT be found to be wholly unsecured by any equity in the Debtor's residence, and subject to avoidance.

Therefore, the Debtor respectfully requests this Honorable Court to issue an order avoiding and forthwith authorizing the release of the following non-consensual, statutory tax liens more particularly described as **06-JG-016034**, **12-JG-022509, 12-JG-022510,** and **12-JG-022511,** which are of record with the Clerk of Court, Franklin County, Ohio Court of Common Pleas; to issue an order avoiding these liens, and releasing and forthwith forever discharging the same of record, including all interest, penalties, costs, or any other charges related thereto; and that the Court grant the Debtor such other legal and equitable relief as this Court deems necessary and proper.

                                                       /s/ *Christopher J. Spiroff*


NOTICE OF FILING MOTION TO AVOID JUDGMENT LIENS

The Debtor has filed papers with this Court requesting that the statutory judgment liens of the STATE OF OHIO-DEPARTMENT OF TAXATION be avoided by the Court, and released of record. **Your rights may be affected. You should read these papers carefully, and discuss this issue with your attorney, if you have one in this case. (If you do not have counsel in this case, it is recommended that you consult one).**

If you do not want the Court to grant the Debtor the relief requested in this Motion, or if you want the Court to consider your views on this Motion, then on or within **twenty-one (21)** days of the date of this Notice, you or your lawyer must file a written response with the Bankruptcy Court explaining your position at:

>   Clerk of Courts
>   United States Bankruptcy Court
>   170 North High Street
>   Columbus, OH 43215.

If you mail the request to the Court, be sure to mail it early enough so the Court will **receive** it on or before the dated stated above. You must also mail a copy to:

>   Frank M. Pees
>   Standing Chapter 13 Trustee
>   130 E. Wilson Bridge Rd., #200
>   Worthington, OH 43085-6300

>   Christopher J. Spiroff, Esq.                    U.S. Trustee
>   1180 South High Street                          170 N. High Street, #200
>   Columbus, OH 43206                              Columbus, OH 43215.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion, and may enter an Order granting that relief.


_10/22/15_                                          _/s/ Christopher J. Spiroff_


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Motion was served either through electronic transmission, or by regular, first-class, U.S. Mail, postage pre-paid, upon the following parties in interest, on the date and as indicated below:


_10/22/15_                                          _/s/ Christopher J. Spiroff_



\*\*served electronically through the Court's ECF System at the email address registered with the Court\*\*

Frank M. Pees, Chapter 13 Trustee
U.S. Trustee
Brian M. Gianangeli, Esq.
LeAnn E. Covey, Esq.
Edward A. Bailey, Esq.
John L. Day, Jr., Esq.
Stephen Franks, Esq.

\*\*served by regular, first class U.S. Mail\*\*

Larry D. Ferst, 5409 Riverport Drive, Columbus, OH 43221

State of Ohio, Dept. of Taxation, Bankruptcy Division, P.O. Box 530, Columbus, OH 43216

State of Ohio-Taxation, c/o Ohio Attorney General, Collections Division, 150 E. Gay St., 21st Floor, Columbus, OH 43215

Ohio Dept. of Taxation, c/o Rebecca Daum, Esq., P.O. Box 350, Columbus, OH 43216

Ohio Attorney General, 30 East Broad Street, 17th Floor, Columbus, OH 43215

28173A15    220778

RECORDED FRANKLIN CO., OHIO
3 5 2 P.M.
DEC 23 1994

**SURVIVORSHIP DEED\***

RICHARD B. METCALF, RECORDER
RECORDER'S FEE $ __14.00__

A

M/I Schottenstein Homes, Inc. an Ohio Corporation, dba M/I Homes, and having a principal place of business in the City of Columbus, County of Franklin, State of Ohio, for valuable consideration paid grants with general warranty covenants to

    Larry D. Ferst and Felicia A. Ferst, husband and wife,

for their joint lives, remainder to the survivor of them whose tax mailing address is 5409 Riverport Drive, Columbus, Ohio 43221 the following **REAL PROPERTY** situated in the County of Franklin, State of Ohio and in the City of Columbus, and being more particularly bounded and described as follows:

    Being Lot No. Fifty-Two (52), of AMENDED PLAT OF RIVERSIDE FOREST SECTION 2 (amending Riverside Forest Section 2, of record in Plat Book 79, Pages 51 and 52), as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 79, Page 83 and 84, Recorder's Office, Franklin County, Ohio.

Parcel #560-227050

    This conveyance is subject to: 1) real estates taxes and assessments, if any, not due and payable as of the date hereof, 2) restrictions, easements, conditions and reservations of record, and 3) zoning ordinances.

Prior Instrument Reference: Official Records Volume: 26778 Page: F16 & F17

    IN WITNESS WHEREOF, M/I Schottenstein Homes, Inc. has caused its corporate name to be subscribed by its duly authorized officer this 21st day of December, 1994.

*Signed and acknowledged in the presence of*

_____
TRINA M. MATHEWS

_____
CHERYL MEDLEY

M/I SCHOTTENSTEIN HOMES, INC.

_____
Lloyd T. Simpson
Vice President/Division Manager

STATE OF OHIO
COUNTY OF FRANKLIN, SS:

    The foregoing instrument was acknowledged before me this 21st day of December, 1994 by Lloyd T. Simpson, Vice President and Columbus Division Manager of M/I Schottenstein Homes, Inc., an Ohio Corporation, for and on behalf of the corporation.

_____
Notary Public

TRINA M. MATHEWS
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES MAY 25, 1997

This Instrument Prepared by:
M/I Schottenstein Homes, Inc.
1855 East Dublin-Granville Road, Columbus, Ohio 43229
\*See Section 5302.17 of the Ohio Revised Code

25851

TRANSFERRED
DEC 23 1994
JOSEPH W. TESTA
AUDITOR
FRANKLIN COUNTY, OHIO

CONVEYANCE TAX
$ 163.70
JOSEPH W. TESTA
FRANKLIN COUNTY AUDITOR

B

# REAL ESTATE VALUE ESTIMATE

**SUBJECT**

Contact: LARRY D FERST
Property Address: 5409 Riverport Dr
City: Columbus
County: FRANKLIN
State: OH
Zip Code: 43221
Census Tract: 0079.51
Map Reference: N044NNA 05200
Check one: ☒ SF ☐ PUD ☐ CONDO ☐ 2-4 Units
Phone No. Res.: N/A
Loan Amount $: N/A
Term: N/A
Mos. Owner's Est. of Value $: N/A

| No. of Rooms | No. of Bedrooms | No. of Baths | Family room or den | Gross Living Area | Garage/Carport (specify type & no.) | Porches, Patio or Pool (specify) | Central Air |
|---|---|---|---|---|---|---|---|
| 9 | 4 | 2.5 | ☒ Yes ☐ No | 1,944 Sq. Ft. | 2 CAR ATTCH | STOOP PATIO | ☒ Yes ☐ No |

**NEIGHBORHOOD**

Location: ☐ Urban ☒ Suburban ☐ Rural
Built Up: ☒ Over 75% ☐ 25% to 75% ☐ Under 25%
Growth Rate: ☐ Fully Dev. ☐ Rapid ☒ Steady ☐ Slow
Property Values: ☐ Increasing ☒ Stable ☐ Declining
Demand/Supply: ☐ Shortage ☒ In Balance ☐ Oversupply
Marketing Time: ☐ Under 3 Mos. ☒ 4-6 Mos. ☐ Over 6 Mos.

Property Compatibility: Avg
General Appearance of Properties: Avg
Appeal to Market: Avg

Present Land Use: 90% 1 Family, % 2-4 Family, % Apts., % Condo, 10% Commercial, % Industrial, % Vacant
Change in Present Land Use: ☒ Not Likely ☐ Likely ☐ Taking Place From ___ To ___
Predominant Occupancy: ☒ Owner ☐ Tenant 0 % Vacant
S/F Price Range $ 180,000 to $ 225,000 $ 215,000 = Predominant Value
S/Family Age 15 yrs. to 35 yrs. Predominant Age 22 yrs.

Comments including those factors affecting marketability (e.g. public parks, schools, view, noise): HAYDEN RUN RD TO THE NORTH, DAVIDSON RD TO THE SOUTH, DUBLIN RD TO THE EAST, ROUTE 315 TO THE WEST. LOCATED IN RIVERSIDE FOREST SUBDIVISION AMONG PROPERTIES WITH A VARIETY OF STYLES, VALUES AND APPEALS. AVERAGE ACCESS TO MAJOR ROADWAYS. I-270 LESS THAN 10 MINUTES. HILLIARD CITY SCHOOLS. LOCAL SHOPPING, CHURCHES, PARKS & RECREATION.

**SUBJECT PROPERTY**

Approx. Yr. Blt. 19 94  # Units 1  # Stories 2
Type (det, duplex, semi/det. etc.): DETACHED
Design (rambler, split, etc.): FRAME
Exterior Wall Mat.: VINYL  Roof Mat.: COMPOSITE ASPHL
Is the property in a HUD-Identified Special Flood Haz. Area? ☒ No ☐ Yes

PROPERTY RATING:
Condition of Exterior: Avg
Compatibility to Neighborhood: Avg
Appeal and Marketability: Avg

Special Energy-Effic. Items: UNABLE TO VERIFY - APPRAISER UNABLE TO GAIN ENTRY. APPRAISER RESERVES THE RIGHT TO AMEND APPRAISAL IF INTERIOR INSPECTION IS WARRANTED.

Comments (favorable or unfavorable incl. deferred maintenance): AVERAGE EXTERIOR CONDITION. ROOF & GUTTERS APPEAR TO BE FUNCTIONAL. PURPOSE OF THIS APPRAISAL IS TO ESTIMATE MARKET VALUE. HIGHEST AND BEST USE SINGLE FAMILY RESIDENTIAL. EXTERIOR INSPECTION ONLY. INTERIOR BELIEVED TO BE CONSISTENT WITH EXTERIOR.

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 5409 Riverport Dr Columbus, OH 43221 | 5440 Riverport Dr Columbus, OH 43221 | | 3636 Mullgrove Ct Columbus, OH 43221 | | 3911 Thoroughbred Ct Columbus, OH 43221 | |
| Proximity to Sub. | N/A | 0.06 miles NE | | 0.20 miles SE | | 0.28 miles W | |
| Sales Price | $ N/A | $ 225,000 | | $ 202,900 | | $ 195,000 | |
| Date of Sale and Time Adjustment | DESCRIPTION N/A | DESCRIPTION 09/05/2012 | +(-)$ Adjust. | DESCRIPTION 03/19/2012 | +(-)$ Adjust. | DESCRIPTION 07/17/2012 | +(-)$ Adjust. |
| Location | HILLIARD SD | HILLIARD SD | | HILLIARD SD | | HILLIARD SD | |
| Site/View | RESIDENTIAL | RESIDENTIAL | | RESIDENTIAL | | RESIDENTIAL | |
| Age | 18 | 19 | | 23 | | 26 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Living Area Rm. Count and Total | Total 9 B-rms 4 Baths 2.5 | Total 8 B-rms 4 Baths 2.5 | | Total 7 B-rms 3 Baths 2.5 | +3,000 | Total 8 B-rms 4 Baths 2.5 | |
| Gross Living Area | 1,944 Sq. Ft. | 2,194 Sq. Ft. | -3,750 | 2,220 Sq. Ft. | -4,140 | 1,872 Sq. Ft. | +1,080 |
| Air Conditioning | YES | YES | | YES | | YES | |
| Garage/Carport | 2 CAR ATTACH | 2 CAR ATTACH | | 2 CAR ATTACH | | 2 CAR ATTACH | |
| Porches, Patio, Pools, etc. | STOOP PATIO | STOOP DECK/PATIO | -1,000 | STOOP DECK | | STOOP DECK | |
| Special Energy-Efficient Items | INSL WINDOWS FIREPLACE | INSL WINDOWS FIREPLACE | | INSL WINDOWS FIREPLACE | | INSL WINDOWS FIREPLACE | |
| Other | PART BASEMENT | PART BASEMENT | | PART BASEMENT | | FULL BASEMENT | -1,000 |
| Net Adjust (Total) | | ☐ + ☒ - $ | -4,750 | ☐ + ☒ - $ | -1,140 | ☒ + ☐ - $ | 80 |
| Indicated Value Sub. | | $ | 220,250 | $ | 201,760 | $ | 195,080 |

General Comments: FOR BANKRUPTCY COURT USE ONLY. DATA SOURCES REALQUEST AND PUBLIC RECORDS. SALES COMPARISON APPROACH USED IN THE FINAL ANALYSIS.

Estimated Value $ 205,300  as of  NOVEMBER 9, 2012

Completed By: JAMES SMOOT
Signature: /s/ James Smoot
Title: APPRAISER
Date: November 10, 2012

[Y2K]

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT **SOUTHERN** DISTRICT OF **OHIO** | **PROOF OF CLAIM** |
|---|---|
| Name of Debtor: **LARRY D. FERST** | Case Number: **12-58757** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): **Franklin County, Ohio Treasurer** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address where notices should be sent: Franklin County Treasurer 373 S High St, 17th Floor Columbus, OH 43215 Telephone number: (614) 525-3431 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. |
| Last four digits of account or other number by which creditor identifies debtor: 560-227050-00 | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated:____ |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☒ Taxes
- ☐ Other ————

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
      (date)           (date)

**2. Date debt was incurred:** 1/1/12

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $_____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $_____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☒ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of Collateral: $ 227,200.00

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 3,754.52

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**

| $ | 3,754.52 | | 3,754.52 |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date 11/16/12 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature] Jennifer Love, Bankruptcy Coor. |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B 10 (Official Form 10) (2/20)

| UNITED STATES BANKRUPTCY COURT | FOR THE SOUTHERN DISTRICT OF OHIO COLUMBUS DIVISION | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Larry D. Ferst | Case Number: 12-58757-CKP | D |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Household Realty Corporation

COURT USE ONLY

Name and address where notices should be sent:
Household Realty Corporation
2929 Walden Avenue
Depew, New York 14043

Telephone Number: (800) 679-9896    email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If Known)

Filed on _____

Name and address where payment should be sent: (if different from above):
Household Realty Corporation
Bankruptcy Department
P.O. Box 9068
Brandon, Florida 33509-9068

Telephone Number: (800) 679-9896    email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $233,955.13

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Money Loaned
(See instruction #2)

| 3. Last four digits of any number by which the creditor identifies debtor: xxxxxxxxxx | 3a. Debtor may have scheduled account as: (See instruction #3a) | 3b. Uniform Claim Identifier (optional): (See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien or property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of Property or right of setoff: ☒ Real Estate ☐ Motor Vehicle ☐ Other
Describe: 5409 Riverport Dr, Columbus, Ohio 43221

Value of Property: _____

Annual Interest Rate: 5.0000%    ☒ Fixed  or  ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$20,384.99

Basis for perfection: Recordation of Lien

Amount of Secured Claim: $233,955.13

Amount of Unsecured: _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

Amount entitled to priority:

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family or household use - 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a) ( ).

_____

*Amounts are subject to adjustment on 04/01/2013 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

B10Form_Ver001 : 2251-N-7492

# EXHIBIT E

## SUMMARY OF JUDGMENT LIENS OF RECORD
## IN FAVOR OF THE STATE OF OHIO-DEPARTMENT OF TAXATION

| Date of Lien | Judgment Lien Number | Amount |
|---|---|---|
| 5/25/06 | 06-JG-016034 | $773.67 |
| 6/22/12 | 12-JG-022509 | $12,924.91 |
| 6/22/12 | 12-JG-022510 | $884.38 |
| 6/22/12 | 12-JG-022511 | $1,192.52 |
| AGGREGATE TOTAL OF TAX LIENS: | | $15,775.48 |



# CIVIL CASE DETAIL

[Previous Case]                                                                                    [Next Case]

**CASE NUMBER**　　　　**TYPE of CASE**　　　　　　　　　　　　　　　　　　　　**STATUS**　　　　**DATE FILED**
06 JG 016034　　　　　　JUDGMENT　　　　　　　　　　　　　　　　　　　　　　　ACTIVE　　　　　　05/25/2006

**JUDGE**　　　　　　　　**COURTROOM**
KIMBERLY COCROFT　　　COURTROOM 4E
　　　　　　　　　　　　345 SOUTH HIGH STREET
　　　　　　　　　　　　4TH FLOOR
　　　　　　　　　　　　COLUMBUS, OH 43215

**PLAINTIFF(S)**
Name　　　　　　　　　　　　　　　　　　　　　Attorney
⊞ OHIO STATE DEPARTMENT TAXATION　　　　　JAMES M PETRO

**DEFENDANT(S)**
Name　　　　　　　　　　　　　　　　　　　　　Attorney
⊞ LARRY D FERST　　　　　　　　　　　　　　　NO ATTORNEY ON RECORD
⊞ FELICIA A FERST　　　　　　　　　　　　　　 NO ATTORNEY ON RECORD

⊟ **CASE SCHEDULE**
No Case Schedule On File
Date　　　　　Description

**DOCKET**　　Show All Descriptions ☐　　　　Select Docket Category  [All]

| Date | Description | Image | Fiche | Frame | Pages |
|---|---|---|---|---|---|
| ⊞ 06/03/11 | MASS TRANFER OF JUDGE LOCATION | | | | |
| ⊞ 02/06/09 | MASS TRANFER OF JUDGE LOCATION | | | | |
| ⊞ 05/25/06 | CASE MAINTENANCE | | C0356 | B03 | 1 |
| ⊞ 05/25/06 | JUDGE ASSIGNED - ORIGINAL | | | | |
| 05/25/06 | CERTIFICATE OF JUDGMENT FILED (JG CASE) | | | | |
| ⊟ 05/25/06 | PRAECIPE FOR STATE TAX LIEN | | C0356 | B03 | 1 |

　　DATE - JUDGMENT:　　12/03/05
　　AMOUNT - JUDGMENT: 773.67
　　TAX TYPE DESC:　　PERSONAL
　　REF/ASSMENT/RISK#:　4939234

⊞ 05/25/06　　APPEARANCE FILED

E1618 - E11

## PRECIPE

DATE 05-25-12
COURT OF COMMON PLEAS OF FRANKLIN COUNTY

STATE OF OHIO                              MARYELLEN O'SHAUGHNESSY
DEPARTMENT OF TAXATION                     FRANKLIN COUNTY CLERK OF COURT
                                           373 SOUTH HIGH STREET
                                           COLUMBUS, OH 43215

                    PLAINTIFF

        VS.
                                           TAX TYPE: PERSONAL INCOME TAX
FERST, LARRY D & FELICIA A

5409 RIVERPORT DR                          CRN:

COLUMBUS, OH 43221                         ACCOUNT NO

                    DEFENDANT              12JG 06 2250.9

THE AFOREMENTIONED ASSESSMENT HAS BECOME FINAL BY OPERATION OF LAW
FOR THE PURPOSES OF HAVING A JUDGMENT LIEN RECORDED THEREON.

TO THE CLERK OF COMMON PLEAS COURT:

ENTER JUDGMENT AND RECORD
CERTIFICATE OF JUDGMENT. RETAIN
ONE COPY AND RETURN ONE COPY TO THE
OFFICE OF THE ATTORNEY GENERAL

JUDGMENT RECORDED ON:

DATE:                                      AMOUNT $    12,924.91

CASE NO.:

DOCKET:

PAGE:
                                           I hereby certify the foregoing to
                                           be a true and correct copy of the
                                           action of the Tax Commissioner
                                           taken this date with respect to
                                           the above matter.

                                           . Testa
                                           issioner


* A 8 0 9 5 9 6 3 C 2 5 D 2 0 1 2 0 5 2 5 C *

E1618 - E12

## PRECIPE

DATE 05-25-12
COURT OF COMMON PLEAS OF FRANKLIN COUNTY

STATE OF OHIO
DEPARTMENT OF TAXATION

MARYELLEN O'SHAUGHNESSY
FRANKLIN COUNTY CLERK OF COURT
373 SOUTH HIGH STREET
COLUMBUS, OH 43215

PLAINTIFF

VS.

FERST, LARRY D & FELICIA A

TAX TYPE: PERSONAL INCOME TAX

5409 RIVERPORT DR

CRN: 02200811344420

COLUMBUS, OH 43221

ACCOUNT NO ████████

DEFENDANT

12JG 06 22510

THE AFOREMENTIONED ASSESSMENT HAS BECOME FINAL BY OPERATION OF LAW
FOR THE PURPOSES OF HAVING A JUDGMENT LIEN RECORDED THEREON

TO THE CLERK OF COMMON PLEAS COURT:

ENTER JUDGMENT AND RECORD
CERTIFICATE OF JUDGMENT. RETAIN
ONE COPY AND RETURN ONE COPY TO THE
OFFICE OF THE ATTORNEY GENERAL

JUDGMENT RECORDED ON:

DATE:                              AMOUNT $        884.38

CASE NO.:

DOCKET:

PAGE:

I hereby certify the foregoing to
be a true and correct copy of the
action of the Tax Commissioner
taken this date with respect to
the above matter.



. Testa
issioner

E1618 - E13

## PRECIPE

DATE 05-25-12
COURT OF COMMON PLEAS OF FRANKLIN COUNTY

| | |
|---|---|
| STATE OF OHIO<br>DEPARTMENT OF TAXATION | MARYELLEN O'SHAUGHNESSY<br>FRANKLIN COUNTY CLERK OF COURT<br>373 SOUTH HIGH STREET<br>COLUMBUS, OH 43215 |
| PLAINTIFF | |
| VS. | |
| FERST, LARRY D & FELICIA A | TAX TYPE: PERSONAL INCOME TAX |
| 5409 RIVERPORT DR | CRN: ▓▓▓▓▓▓▓ |
| COLUMBUS, OH 43221 | ACCOUNT NO ▓▓▓▓▓▓▓ |
| DEFENDANT | 12JG 06 22511 |

THE AFOREMENTIONED ASSESSMENT HAS BECOME FINAL BY OPERATION
FOR THE PURPOSES OF HAVING A JUDGMENT LIEN RECORDED THEREON.

TO THE CLERK OF COMMON PLEAS COURT:

ENTER JUDGMENT AND RECORD
CERTIFICATE OF JUDGMENT. RETAIN
ONE COPY AND RETURN ONE COPY TO THE
OFFICE OF THE ATTORNEY GENERAL

JUDGMENT RECORDED ON:

DATE:                              AMOUNT $      1,192.52

CASE NO.:

DOCKET:

PAGE:

> I hereby certify the foregoing to
> be a true and correct copy of the
> action of the Tax Commissioner
> taken this date with respect to
> the above matter.
>
> _[signature]_
>
> . Testa
> issioner

*A 8 0 9 5 9 7 1 C 2 5 D 2 0 1 2 0 5 2 5 C*